UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE JONES, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKULLCANDY, INC.,<br><br>Defendant. | Case No.: 25-CV-1759 JLS (BLM)<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF No. 2) |

Presently before the Court is Defendant Skullcandy, Inc.'s Motion to Dismiss Plaintiff's Complaint ("Mot.," ECF No. 2). The Court has also received Plaintiff Julie Jones's Opposition to Motion to Dismiss and Motion to Transfer Venue ("Opp'n," ECF No. 10) and Defendant's Reply in Support of Motion to Dismiss Plaintiff's Complaint ("Reply," ECF No. 11). Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter appropriately decided on the papers without oral argument. Accordingly, the Court **VACATES** the September 11, 2025 hearing and takes the Motion under submission.

**IT IS SO ORDERED.**

Dated: September 4, 2025

Hon. Janis L. Sammartino
United States District Judge