Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Alison M. Pringle (SBN: 319995)
apringle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (877) 306-0043

Attorneys for Defendant SKULLCANDY, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE JONES, *individually and on behalf of all others similarly situated*,<br>Plaintiff,<br>vs.<br>SKULLCANDY INC.,<br>Defendant. | Case No. 3:25-cv-01759-JLS-BLM<br>Judge: Hon. Janis L. Sammartino<br>[Removed from San Diego County Superior Court, Case No. 25CU029105C]<br>**ANSWER AND AFFIRMATIVE DEFENSES**<br>Action Filed: June 4, 2025<br>Trial Date: None Set<br>**Jury Trial Demanded** |

Defendant Skullcandy, Inc. ("Skullcandy") hereby answers Plaintiff Julie Jones's ("Plaintiff") Class Action Complaint (the "Complaint") as follows:

Except as otherwise expressly recognized herein, Skullcandy denies each and every allegation contained in the Complaint. Skullcandy states that the headings, sub-headings, and footnotes throughout the Complaint do not constitute well-pled allegations of fact and therefore require no response. To the extent a response is required, Skullcandy denies the allegations in the headings, subheadings and footnotes in the Complaint. Skullcandy expressly reserves the right to seek to amend and/or supplement its Answer as may be necessary.

## NATURE OF ACTION

1. Responding to Paragraph 1, Skullcandy admits Plaintiff purports to bring this class action on behalf of all California residents with Facebook or Google accounts who accessed and navigated to https://www.skullcandy.com and its subpages (the "Website") while in California and whose communications and personally identifiable information ("PII") were intercepted by the Website. Skullcandy denies the Website intercepted any PII. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 1.

2. Responding to Paragraph 2, Skullcandy admits it operates an e-commerce platform on the Website offering a variety of headphones and audio equipment for sale online and that Skullcandy sells personal audio equipment worldwide. Except as otherwise stated, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2, and on that basis, denies the remaining allegations in Paragraph 2.

3. Responding to Paragraph 3, Skullcandy admits that customers can purchase products on the Website and that customers can create an account, choose a password, and sign up for mailing lists and email notifications. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 3.

4. Responding to Paragraph 4, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 4.

5. Skullcandy denies the allegations in Paragraph 5.

6. Responding to Paragraph 6, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 6.

7. Skullcandy denies the allegations in Paragraph 7.

8. Skullcandy denies the allegations in Paragraph 8.

## PARTIES

9. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and on that basis denies those allegations.

10. Skullcandy admits the allegations in Paragraph 10.

11. Responding to Paragraph 11, Skullcandy admits the Website is accessed by users in California and the United States, and Skullcandy admits it sells products in California through the Website. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 11.

## JURISDICTION AND VENUE

12. Paragraph 12 states conclusions of law to which no responsive pleading is required. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 12.

13. Paragraph 13 states conclusions of law to which no responsive pleading is required. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 13.

14. Paragraph 14 states conclusions of law to which no responsive pleading is required. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 14.

## FACTUAL BACKGROUND

15. Paragraph 15 states conclusions of law to which no responsive pleading is required. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 15.

16. Paragraph 16 purports to summarize, interpret, or state the contents of California Penal Code § 630. As such, no responsive pleading is required to conclusions of law in Paragraph 16. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 16.

17. Paragraph 17 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and on that basis denies those allegations.

18. Paragraph 18 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and on that basis denies those allegations.

19. Paragraph 19 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and on that basis denies those allegations.

20. Paragraph 20 purports to summarize, interpret, or state the contents of California Penal Code § 631(a). As such, no responsive pleading is required to conclusions of law in Paragraph 20. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 20.

21. Paragraph 21 purports to summarize, interpret, or state the contents of California Penal Code § 631(a). As such, no responsive pleading is required to conclusions of law in Paragraph 21. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 21.

22. Paragraph 22 purports to summarize, interpret, or state the contents of California Penal Code § 632(a). As such, no responsive pleading is required to conclusions of law in Paragraph 22. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 22.

23. Paragraph 23 purports to summarize, interpret, or state the contents of California Penal Code § 632. As such, no responsive pleading is required to conclusions of law in Paragraph 23. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 23.

24. Paragraph 24 purports to summarize, interpret, or state the contents of California Penal Code § 637.2. As such, no responsive pleading is required to conclusions of law in Paragraph 24. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 24.

25. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and on that basis denies those allegations. To the extent the allegations in Paragraph 25 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 25.

26. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and on that basis denies those allegations. To the extent the allegations in Paragraph 26 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 26.

27. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and on that basis denies those allegations. To the extent the allegations in Paragraph 27 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 27.

28. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28, and on that basis denies those allegations. To the extent the allegations in Paragraph 28 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 28.

29. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and on that basis denies those allegations. To the extent the allegations in Paragraph 29 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 29.

30. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and on that basis denies those allegations.

31. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31, and on that basis denies those allegations. To the extent the allegations in Paragraph 31 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 31.

32. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32, and on that basis denies those allegations. To the extent the allegations in Paragraph 32 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 32.

33. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and on that basis denies those allegations. To the extent the allegations in Paragraph 33 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 33.

34. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and on that basis denies those allegations. To the extent the allegations in Paragraph 34 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 34.

35. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35, and on that basis denies those allegations. To the extent the allegations in Paragraph 35 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 35.

36. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36, and on that basis denies those allegations.

37. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and on that basis denies those allegations.

38. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38, and on that basis denies those allegations.

39. Responding to Paragraph 39, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. To the extent the allegations in Paragraph 39 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 39.

40. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40, and on that basis denies those allegations.

41. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41, and on that basis denies those allegations. To the extent the allegations in Paragraph 41 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 41.

42. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42, and on that basis denies those allegations. To the extent the allegations in Paragraph 42 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 42.

43. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43, and on that basis denies those allegations. To the extent the allegations in Paragraph 43 reference, quote, or rely on material from third party websites, the websites speak for themselves and are the best evidence of their contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 43.

44. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44, and on that basis denies those allegations.

45. Responding to Paragraph 45, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 45. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45, and on that basis denies those allegations.

46. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46, and on that basis denies those allegations.

47. Responding to Paragraph 47, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 47. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 47, and on that basis denies those allegations.

48. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48, and on that basis denies those allegations.

49. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, and on that basis denies those allegations.

50. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50, and on that basis denies those allegations.

51. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51, and on that basis denies those allegations.

52. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52, and on that basis denies those allegations.

53. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53, and on that basis denies those allegations.

54. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54, and on that basis denies those allegations.

55. Responding to Paragraph 55, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 55.

56. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and on that basis denies those allegations. To the extent the allegations in Paragraph 56 reference, quote, or rely on third party material, such material speaks for itself and is the best evidence of its contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 56.

57. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57, and on that basis denies those allegations. To the extent the allegations in Paragraph 57 reference, quote, or rely on third party material, such material speaks for itself and is the best evidence of its contents. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 57.

58. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and on that basis denies those allegations.

59. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and on that basis denies those allegations.

60. Responding to Paragraph 60, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 60. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 60, and on that basis denies those allegations.

61. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and on that basis denies those allegations.

62. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and on that basis denies those allegations.

63. Responding to Paragraph 63, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 63. Further, Skullcandy lacks knowledge or

information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 63, and on that basis denies those allegations.

64. Responding to Paragraph 64, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 64. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 64, and on that basis denies those allegations.

65. Responding to Paragraph 65, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 65. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 65, and on that basis denies those allegations.

66. Responding to Paragraph 66, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 66. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 66, and on that basis denies those allegations.

67. Responding to Paragraph 67, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 67. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 67, and on that basis denies those allegations.

68. Responding to Paragraph 68, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws

and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 68. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 68, and on that basis denies those allegations.

69. Responding to Paragraph 69, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 69. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 69, and on that basis denies those allegations.

70. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and on that basis denies those allegations.

71. Responding to Paragraph 71, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 71. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 71, and on that basis denies those allegations.

72. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72, and on that basis denies those allegations.

73. Responding to Paragraph 73, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 73. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 73, and on that basis denies those allegations.

74. Responding to Paragraph 74, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 74. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 74, and on that basis denies those allegations.

75. Responding to Paragraph 75, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 75. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 75, and on that basis denies those allegations.

76. Responding to Paragraph 76, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 76. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 76, and on that basis denies those allegations.

77. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77, and on that basis denies those allegations.

78. Responding to Paragraph 78, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 78. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 78, and on that basis denies those allegations.

79. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and on that basis denies those allegations.

80. Responding to Paragraph 80, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 80. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 80, and on that basis denies those allegations.

81. Responding to Paragraph 81, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 81. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 81, and on that basis denies those allegations.

82. Responding to Paragraph 82, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 82. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 82, and on that basis denies those allegations.

83. Responding to Paragraph 83, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 83. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 83, and on that basis denies those allegations.

84. Responding to Paragraph 84, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 84. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 84, and on that basis denies those allegations.

85. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and on that basis denies those allegations.

86. Responding to Paragraph 86, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 86. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 86, and on that basis denies those allegations.

87. Responding to Paragraph 87, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 87. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 87, and on that basis denies those allegations.

88. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and on that basis denies those allegations.

89. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and on that basis denies those allegations.

90. Responding to Paragraph 90, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 90. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 90, and on that basis denies those allegations.

91. Responding to Paragraph 91, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 91. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 91, and on that basis denies those allegations.

92. Responding to Paragraph 92, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 92. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 92, and on that basis denies those allegations.

93. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93, and on that basis denies those allegations.

94. Responding to Paragraph 94, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 94. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 94, and on that basis denies those allegations.

95. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95, and on that basis denies those allegations.

96. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96, and on that basis denies those allegations.

97. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and on that basis denies those allegations.

98. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98, and on that basis denies those allegations.

99. Responding to Paragraph 99, Skullcandy admits that its Website installs certain code, with user consent and consistent with what applicable laws and regulations permit. Except as otherwise stated, Skullcandy denies the remaining allegations in Paragraph 99. Further, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 99, and on that basis denies those allegations.

100. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100, and on that basis denies those allegations.

101. Paragraph 101 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 101.

102. Paragraph 102 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 102.

103. Paragraph 103 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 103.

104. Paragraph 104 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 104.

105. Paragraph 105 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 105.

106. Paragraph 106 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 106.

107. Paragraph 107 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 107.

108. Paragraph 108 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 108.

109. Paragraph 109 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 109.

110. Paragraph 110 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 110.

111. Paragraph 111 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 111.

112. Paragraph 112 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 112.

113. Paragraph 113 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 113.

114. Paragraph 114 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 114.

115. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115, and on that basis denies those allegations.

116. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116, and on that basis denies those allegations.

117. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117, and on that basis denies those allegations.

118. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118, and on that basis denies those allegations.

119. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119, and on that basis denies those allegations.

120. Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and on that basis denies those allegations.

121. Skullcandy denies the allegations in Paragraph 121.

122. Skullcandy denies the allegations in Paragraph 122.

123. Skullcandy denies the allegations in Paragraph 123.

124. Skullcandy denies the allegations in Paragraph 124.

125. Paragraph 125 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 125.

126. Paragraph 126 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 126.

127. Paragraph 127 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 127.

128. Paragraph 128 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy denies the allegations in Paragraph 128.

## CLASS ACTION ALLEGATIONS

129. Skullcandy admits Plaintiff purports to bring a class action against Skullcandy and to represent the described class, but denies that a class can be certified in this case. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 129.

130. Paragraph 130 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 130.

131. Paragraph 131 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 131.

/ / /

/ / /

132. Paragraph 132 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 132.

133. Paragraph 133 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 133.

134. Paragraph 134 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 134.

135. Paragraph 135 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 135.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

136. Skullcandy incorporates by reference its responses to the allegations in Paragraphs 1 through 135 as if set forth fully herein.

137. Skullcandy admits Plaintiff purports to bring a class action against Skullcandy and to represent the described class, but denies that a class can be certified in this case. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 137.

138. Paragraph 138 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 138.

139. Paragraph 139 purports to summarize, interpret, or state the contents of California Penal Code § 631(a). As such, no responsive pleading is required to conclusions of law in Paragraph 139. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 139.

140. Paragraph 140 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 140.

141. Paragraph 141 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141, and on that basis denies those allegations.

142. Paragraph 142 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142, and on that basis denies those allegations.

143. Paragraph 143 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143, and on that basis denies those allegations.

144. Paragraph 144 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 144.

145. Paragraph 145 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145, and on that basis denies those allegations.

146. Paragraph 146 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146, and on that basis denies those allegations.

/ / /

/ / /

147. Paragraph 147 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 147.

148. Paragraph 148 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 148.

149. Paragraph 149 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 149.

150. Paragraph 150 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 150.

151. Paragraph 151 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 151. Skullcandy further denies that Plaintiff or the putative class members are entitled to any of the relief set forth in Paragraph 151.

## SECOND CAUSE OF ACTION

152. Skullcandy incorporates by reference its responses to the allegations in Paragraphs 1 through 151 as if set forth fully herein.

153. Skullcandy admits Plaintiff purports to bring a class action against Skullcandy and to represent the described class, but denies that a class can be certified in this case. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 153.

154. Paragraph 154 purports to summarize, interpret, or state the contents of California Penal Code § 632(a). As such, no responsive pleading is required to conclusions of law in Paragraph 154. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 154.

155. Paragraph 155 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 155, and on that basis denies those allegations.

156. Paragraph 156 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156, and on that basis denies those allegations.

157. Paragraph 157 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 157.

158. Paragraph 158 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158, and on that basis denies those allegations.

159. Paragraph 159 states opinions and legal conclusions to which no responsive pleading is required. To the extent any response is required, Skullcandy lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159, and on that basis denies those allegations.

160. Paragraph 160 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 160. Skullcandy further denies that Plaintiff or the putative class members are entitled to any of the relief set forth in Paragraph 160.

## **THIRD CAUSE OF ACTION**

161. Skullcandy incorporates by reference its responses to the allegations in Paragraphs 1 through 160 as if set forth fully herein.

162. Skullcandy admits Plaintiff purports to bring a class action against Skullcandy and to represent the described class, but denies that a class can be

certified in this case. Except as otherwise stated, Skullcandy denies the allegations in Paragraph 162.

163. Paragraph 163 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 163.

164. Paragraph 164 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 164.

165. Paragraph 165 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 165.

166. Paragraph 166 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 166.

167. Paragraph 167 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 167.

168. Paragraph 168 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 168.

169. Paragraph 169 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 169.

170. Paragraph 170 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 170.

/ / /

/ / /

171. Paragraph 171 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 171.

172. Paragraph 172 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 172.

173. Paragraph 173 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 173.

174. Paragraph 174 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 174.

175. Paragraph 175 sets forth legal conclusions and opinions to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 175.

176. Paragraph 176 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 176. Skullcandy further denies that Plaintiff or the putative class members are entitled to any of the relief set forth in Paragraph 176.

177. Paragraph 177 sets forth a legal conclusion to which no response is required. To the extent that a response is required, Skullcandy denies the allegations in Paragraph 177. Skullcandy further denies that Plaintiff or the putative class members are entitled to any of the relief set forth in Paragraph 177.

## PRAYER FOR RELIEF

Skullcandy denies the allegations contained in the Prayer and denies that Plaintiff or any putative class member is entitled to any of the requested relief therein.

## AFFIRMATIVE DEFENSES

Skullcandy sets forth below its affirmative defenses. By enumerating the subjects below as affirmative defenses, Skullcandy does not concede that any such matter is an affirmative defense, as opposed to an element of Plaintiff's claims as to which Plaintiff bears the burden of proof. Skullcandy does not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiff. Moreover, nothing stated herein is intended to or shall be construed as an acknowledgement that any particular issue or subject matter necessarily is relevant to Plaintiff's allegations.

### FIRST AFFIRMATIVE DEFENSE

### (Limitation of Liability)

The claims of Plaintiff and the purported class are barred in whole or in part by limitation-of-liability provisions contained in the parties' agreements including, but not limited to, terms of service to which Plaintiff and the purported class members agreed.

### SECOND AFFIRMATIVE DEFENSE

### (Lack of Standing)

The claims of Plaintiff and the purported class are barred in whole or in part because Plaintiff and/or members of the purported class lack standing to assert any or all of the causes of action alleged.

### THIRD AFFIRMATIVE DEFENSE

### (Lack of Article III Standing)

The claims of Plaintiff and the purported class are barred in whole or in part because Plaintiff and/or members of the purported class lack standing under Article III of the United States Constitution.

### FOURTH AFFIRMATIVE DEFENSE

### (No Standing to Represent Class)

The named Plaintiff lacks standing to represent unnamed class members.

**FIFTH AFFIRMATIVE DEFENSE**

**(No Adequate Class Representative)**

The named Plaintiff in this purported class action is not an adequate class representative and is not representative of any class of putative plaintiffs.

**SIXTH AFFIRMATIVE DEFENSE**

**(Primary Jurisdiction Doctrine)**

The claims of Plaintiff and the purported class are barred in whole or in part by the doctrine of primary jurisdiction.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Preemption)**

The claims of Plaintiff and the purported class are barred and preempted in whole or in part by federal law.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Waiver)**

The claims of Plaintiff and the purported class are barred in whole or in part by the doctrine of waiver.

**NINTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

The claims of Plaintiff and the purported class are barred in whole or in part by the doctrine of estoppel.

**TENTH AFFIRMATIVE DEFENSE**

**(Improper Class Action)**

This action is not properly maintainable as a class action as alleged by Plaintiff, because, without limitation, Plaintiff is not a proper class representative, the class is not ascertainable, irresolvable conflicts exist within the class, a class action is not a superior means of adjudication, individual issues predominate, and Ninth Circuit precedent bars a nationwide class.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Violation of First Amendment and Free Speech Rights)**

The claims of Plaintiff and the purported class are barred in whole or in part because Plaintiff's claims violate Skullcandy's free speech rights under the First Amendment of the United States Constitution and under the Free Speech Clause to the California Constitution. Cal. Const. art. 1, § 2.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Violation of Additional Constitutional Rights)**

The claims of Plaintiff and the purported class are barred in whole or in part because (a) said claims constitute an impermissible burden on interstate commerce in violation of Article I, Section 8 of the United States Constitution; (b) said claims violate the Excessive Fines Clause of the Eighth Amendment to the United States Constitution; (c) said claims violate Skullcandy's right to Due Process under the Fifth and Fourteenth Amendment of the United States Constitution and under the California Constitution; (d) said claims contravene the constitutional prohibition against vague and overbroad laws; (e) said claims reflect an unlawful delegation of prosecutorial power to private parties in violation of Article II of the United States Constitution, the separation of powers doctrine, and the provisions of Article V of the California Constitution; (f) an award on said claims would work an unlawful taking of property in violation of the Fifth and Fourteenth Amendments of the United States Constitution and Article I, Section 19 of the California Constitution, and (g) would violate the Contracts Clauses of the United States and California Constitutions.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Consent and/or Ratification)**

Plaintiff has consented to and/or ratified the conduct alleged in the Complaint.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Conduct of Other Parties)**

Plaintiff is not entitled to any recovery from Skullcandy because any alleged injury was caused in whole or in part by acts or omissions of persons or entities other than Skullcandy.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

The claims of Plaintiff and the purported class are barred in whole or in part by the applicable statute of limitation.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

The claims of Plaintiff and the purported class are barred in whole or in part by the doctrine of unclean hands from maintaining each and every purported claim against Skullcandy, or from recovering any damages thereunder from Skullcandy.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(Laches)**

The claims of Plaintiff and the purported class are barred in whole or in part by the doctrine of laches.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Failure to Mitigate)**

The claims of Plaintiff and the purported class are barred in whole or in part by their failure to mitigate damages.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(No Actionable Disclosure)**

The claims of Plaintiff and the purported class are barred in whole or in part because there was no actionable disclosure under any applicable law.

/ / /

/ / /

**TWENTIETH AFFIRMATIVE DEFENSE**

**(No Punitive Damages)**

Punitive damages are not recoverable by Plaintiff or any member of the purported class or subclass.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(Comparative Negligence)**

The claims alleged are barred or must be reduced under the doctrine of comparative negligence.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(Contributory Negligence)**

The claims alleged are barred or must be reduced under the doctrine of contributory negligence.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(Intervening and Superseding Causes)**

Each claim is barred, in whole or in part, by the independent, intervening, illegal conduct, and/or superseding acts of Plaintiff, third-parties or other parties or persons including, but not limited to, Plaintiff, without Skullcandy's participation, control, involvement, or knowledge.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Equitable and/or Comparative Indemnity)**

Any damages or other recovery to which Plaintiff may be entitled were caused in whole or in part by the wrongful acts or omissions of persons or entities other than Skullcandy, whereas, any acts or omissions of Skullcandy were without negligence or unlawfulness of any kind and were secondary to such other persons or entities. To the extent Skullcandy is found liable in any amount, Skullcandy is entitled to complete or partial equitable indemnity from such other parties.

/ / /

/ / /

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Contractual Indemnity)**

Any damages or other recovery to which Plaintiff may be entitled were caused in whole or in part by the wrongful acts or omissions of persons or entities other than Skullcandy, whereas, any acts or omissions of Skullcandy were without negligence or unlawfulness of any kind and were secondary to such other persons or entities. To the extent Skullcandy is found liable in any amount, Skullcandy is entitled to complete or partial contractual indemnity from such other parties.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Compliance with Obligations)**

The claims of Plaintiff and the purported class are barred, in whole or in part, by Skullcandy's compliance with obligations imposed under applicable state and federal statutes.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Consent)**

Each of the alleged claims is barred, in whole or in part, because the actions complained of were taken with the consent of the relevant individual.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Information Publicly Available)**

Each of the alleged claims is barred, in whole or in part, because Plaintiff's and purported class members' alleged information is publicly available through other sources.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Release or License)**

Each of the alleged claims is barred, in whole or in part, because the actions complained of were taken subject to a release or license provided by the relevant individual.

**THIRTIETH AFFIRMATIVE DEFENSE**

**(Disclosure)**

Each of the alleged claims is barred, in whole or in part, because the actions complained of were adequately disclosed to the relevant individual.

**THIRTY-FIRST AFFIRMATIVE DEFENSE**

**(No Attorneys' Fees)**

The Complaint, and each remaining claim within it, does not state a claim against Skullcandy which gives rise to a right for Plaintiff to obtain an award of attorneys' fees.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

The Complaint and each of its claims are barred, in whole or in part, because Plaintiff and class members assumed the risk their information could be collected and/or disclosed to third parties in light of cautionary disclosures in the agreements pertinent to Plaintiff's claims.

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

**(Notice)**

The Complaint and each of its claims are barred, in whole or in part, because proper and timely notice was provided under all state and federal statutes regarding the collection and/or disclosure, if any, of information.

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

**(Speculative and/or Uncertain Damages)**

Plaintiff's prayer for relief and damages is speculative and/or uncertain and not caused by any acts or omissions on the part of Skullcandy.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

**(Informed Consent)**

The Complaint and each of its claims are barred, in whole or in part, by the doctrine of informed consent.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

**(Offset)**

Should Skullcandy be held liable to Plaintiff and/or any class members, which liability is specifically denied, Skullcandy would be entitled to a set off for the total of all amounts paid to Plaintiff and/or any class members from all collateral sources.

**THIRTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Reservation of Additional Defenses)**

Skullcandy reserves the right to assert other defenses as discovery progresses. Additionally, Skullcandy specifically reserves all affirmative or other defenses that it may have against Plaintiff and putative classes. It is not necessary at this time for Skullcandy to delineate such defenses against the putative classes because no classes have been certified, and the putative class members are not parties to this litigation.

**DEMAND FOR JURY TRIAL**

Skullcandy hereby demands a trial by jury on all issues so triable.

**DEFENDANT'S PRAYER FOR RELIEF**

WHEREFORE, Skullcandy prays as follows:

1. That Plaintiff takes nothing by reason of the Complaint;
2. That Skullcandy be awarded its costs and expenses of suit, including reasonable attorneys' fees; and
3. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: April 13, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Craig J. Mariam*
Craig J. Mariam
Alison M. Pringle
Attorneys for Defendant
Skullcandy, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of April, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

/s/ *Craig J. Mariam*
Craig J. Mariam